| | | |
|---|---|---|
| GLORIA JUANITA OCTAVE | : | |
| *ADMINISTRATRIX* of | : | |
| the ESTATE OF LUTALO OCTAVE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 3:16-cv-338 – JAG |
| | : | |
| SHERIFF MICHAEL L. WADE, | : | |
| | : | |
| And | : | |
| | : | |
| DEPUTY ELIZABETH LEE | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFF'S MOTION FOR CERTIFICATION PURSUANT TO RULE 5:40 OF**
**THE RULES OF THE SUPREME COURT OF VIRGINIA**

The Plaintiff, by counsel, pursuant to Rule 5:40, respectfully requests that this Court certify the questions of law presented in Defendant Elizabeth Lee's Motion to Dismiss to the Supreme Court of Virginia.

**QUESTIONS PRESENTED FOR CERTIFICATION**

1. In Virginia, has a Plaintiff alleged a plausible gross negligence claim if the allegations support an inference that the defendant exercised any degree of care at some point in time, but also that the defendant completely neglected the plaintiff's safety at other times?

2. In Virginia, does a complaint fail to state a claim of gross negligence fail as a matter of law if the complaint also states that a defendant exercised any degree of care?

Respectfully filed,

**GLORIA JUANITA OCTAVE**
*ADMINISTRATRIX* **of**
**the ESTATE OF LUTALO OCTAVE**

_____/s/_____
Seth R.  Carroll (VSB No.  74745)
Commonwealth Law Group, LLC
1506 Staples Mill Road
Suite 202
Richmond, VA 23230
Phone: (804) 387-6212
Facsimile: (866) 238-6415
scarroll@hurtinva.com

Jonathan E. Halperin - VSB No. 32698
Andrew Lucchetti – VSB No. 86631
Isaac McBeth – VSB No. 82400
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
(804) 527-0100
(866) 335-1502 facsimile
jonathan@halperinlegal.com
andrew@halperinlegal.com
isaac@halperinlegal.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 27th day of February, 2017, I have electronically filed the foregoing using the CM/ECF system, which will then send notification of such filing (NEF) to the following:


William W. Tunner, Esq.
John P. O'Herron, Esq.
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, VA

Leslie A. Winneberger, Esq.
William Etherington, Esq.
Beale, Davidson, Etherington & Morris, P.C.
701 E. Franklin Street
Suite 1200
*Counsel for Defendant Sheriff Wade*



_____/s/_____
Seth Carroll